1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   GERALD GLENN STEELE,              )     Case No.  CV 08-1994-VAP
12                    Petitioner,      )     **JUDGMENT**
13         v.                          )
14   JAMES D. HARTLEY, Warden,         )
15                    Respondent.      )
16   ──────────────────────────────    )
17   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:
18         Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED
19   that the Petition for Writ of Habeas Corpus filed by Petitioner is DISMISSED
20   WITH PREJUDICE.
21
22         The Court orders that such judgment be entered.
23
24
25   Dated:   July 9, 2009
26                                          VIRGINIA A. PHILLIPS
27                                          United States District Judge
28